IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSIE LAING,

    Claimant,

v.                                                   Civ. No. 12-159 MCA/GBW

CAROLYN W. COLVIN,
*Commissioner of the*
*Social Security Administration*,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on Plaintiff's Motion to Reverse and Remand the Commissioner of the Social Security Administration's decision to deny Plaintiff's application for disability benefits. *Doc. 28*. In that motion, Plaintiff argued that the Administrative Law Judge (ALJ) erred at Step Two of the sequential analysis when he determined that her depression and anxiety are not severe impairments. *Id.* This Court referred the case to Magistrate Judge Wormuth to recommend a disposition. *Doc. 21.*

On July 18, 2013, Judge Wormuth issued his Proposed Findings and Recommended Disposition (PFRD). *Doc. 32.* He found that the ALJ properly determined that Claimant's anxiety and depression were not severe impairments and recommended that this Court deny Plaintiff's motion and remand the case to the Commissioner. *Id.* at 11.

1

Neither party has filed objections to the PFRD, and, upon review of the record, I concur with Judge Wormuth's findings and recommendation.

Wherefore, IT IS HEREBY ORDERED that Judge Wormuth's Proposed Findings and Recommended Disposition, *doc. 32*, is ADOPTED.  Plaintiff's Motion to Reverse and Remand for a Rehearing, *doc. 28*, is DENIED, and this action is DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE